# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO CAMACHO, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-03931-ELR |
| TEXAS ROADHOUSE HOLDINGS, LLC, | * * * | |
| Defendant. | * * | |

## O R D E R

This matter is before the Court on Plaintiffs' Motion to Amend Complaint [Doc. 69] and Consent Motion to Take Evidentiary Medical Depositions [Doc. 88], and Defendant's Motion for Partial Summary Judgment Regarding Punitive Damages [Doc. 72] and Motion for Oral Argument [Doc. 89]. The Court rules on these motions as follows:

1. The Court **GRANTS** as unopposed Plaintiffs' Motion to Amend Complaint. [Doc. 69].

2. The Court **GRANTS** as unopposed Defendant's Motion for Partial Summary Judgment Regarding Punitive Damages. [Doc. 72].

3. The Court construes Plaintiffs' Motion to Take Evidentiary Medical Depositions [Doc. 88] as a request to extend discovery to include depositions. The time for expert discovery ended on April 26, 2024, and the Court will not extend it further. Thus, the Court **DENIES** the motion.[1]

4. The Court **GRANTS** Defendant's Motion for Oral Argument [Doc. 89] and **SCHEDULES** oral argument for **Tuesday, January 7, 2025, at 10:00 a.m.** The hearing will take place in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA, 30303. Each side will have 30 minutes to argue *both* Defendant's Motion for Summary Judgement [Doc. 71] and Daubert Motion [Doc. 70].[2]

**SO ORDERED**, this 26th day of November, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] This ruling does not prevent the Parties from conducting depositions in preparation for trial. Unless otherwise extended, the Parties' consolidated pretrial order is due within 30 days of this Court's ruling on the motion for summary judgment. See LR 16.4(A), NDGa. As long as the Parties meet that deadline and the other trial-related directives and deadlines of this Court, they need not seek leave to depose witnesses they intend to use at trial. See LR 16.4(B)(2) ("Provided there is no resulting delay in readiness for trial, depositions for the preservation of evidence and for use at trial will be permitted.").

[2] The Parties have asked the Court to withhold its ruling on the Daubert motion until after it rules on the motion for summary judgment. However, because both motions currently pend before the Court, the Court will rule on—and the Parties should prepare to argue—both motions.