# ATTACHMENT "E"
# FACTS STIPULATED TO BY THE PARTIES

1. The Texas Roadhouse Surveillance Video is inaccurate by 11 minutes. For instance, Katie Pancione arrived at the Texas Roadhouse restaurant at 6:17 p.m. pursuant to her cellphone records, but the Video Surveillance showing her arrival is time-stamped 6:28 p.m. The parties hereby agree and stipulate that the times on the Texas Roadhouse Surveillance Video are 11 minutes ahead of the actual time.

2. The Georgia Dram Shop Act (O.C.G.A. § 51-1-40) is Plaintiffs' exclusive remedy against Defendant.

3. The parties hereby agree and stipulate that Plaintiffs may use Medical Bill Summaries in their case so long as the amounts reflected in those summaries, and the total of the same, matches information that was previously provided to Defendant through Discovery in this case.

4. The parties agree and stipulate that copies of deposition transcripts and videos will be treated as originals so long as they are true and accurate copies of the same.