# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSE ANTONIO CAMACHO, Individually, and JOSE ANTONIO CAMACHO and DANIELA TORRES as Surviving Parents and Administrators of the Estate of LEONARDO CAMACHO, Deceased,<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEXAS ROADHOUSE HOLDINGS LLC,**<br><br>**Defendant.** | **CIVIL ACTION FILE NUMBER: 1:20-cv-03931-ELR**<br><br>Removed from Gwinnett County State Court – Civil Action File No. 20-C-0551-S4 |

## NOTICE OF NON-PARTY TORTFEASOR SETTLEMENT

TO THE HONORABLE COURT:

Defendant Texas Roadhouse Holdings LLC ("Texas Roadhouse"), files this Notice of Non-Party Tortfeasor Settlement to preserve its right to a settlement credit and respectfully shows the Court as follows:

I.

It is undisputed that Plaintiffs have reached a settlement with non-party tortfeasor Katie Pancione in connection with her role in the June 16, 2020 accident made the basis of this lawsuit. It is further undisputed that Exhibit A to this Notice is a true and correct copy of the settlement agreement between Plaintiffs and

1

Pancione. Lastly, it is undisputed that the dollar amount of the settlement was $2,600,000.00.

## II.

This notice is filed for the purpose of establishing the amount of the settlement credit or "setoff" Texas Roadhouse is entitled to under Georgia law, which provides: "A plaintiff is entitled to a full, but single, satisfaction of his total harm. Consequently, where one or more tortfeasors enter a settlement with a plaintiff, a remaining tortfeasor may be entitled to a setoff of payments previously made, to prevent double recovery." *Brewer v. Insight Tech., Inc.*, 301 Ga. App. 694, 700-01 (2009); *see also Posey v. Medical Center-West,* 257 Ga. 55, 59 (1987) (noting that it is fundamental law that "plaintiff is entitled to but one satisfaction.").

Submitted this 16th day of April 2025.

                                  **FROST BROWN TODD LLP**

                                  */s/ Jeremiah A. Byrne*
                                  JEREMIAH A. BYRNE
                                  *Pro Hac Vice*
                                  ANDREW M. PALMER
                                  *Pro Hac Vice*
                                  NATHANIEL T. FOWLER
                                  *Pro Hac Vice*
                                  *Counsel for Defendant*

400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
TEL (502) 589-5400
FAX (502) 581-1087
jbyrne@fbtlaw.com
apalmer@fbtlaw.com
nfowler@fbtlaw.com

                                **COPELAND, STAIR, VALZ & LOVELL, LLP**

                                  */s/ Jay M. O'Brien*
                                  JAY M. O'BRIEN
                                  Georgia Bar No. 234606
                                  JALISA R. STEVENS
                                  Georgia Bar No. 391232
                                  *Counsel for Defendant*

191 Peachtree St.
Suite 3600
Atlanta, GA 30303
jobrien@csvl.law
jstevens@csvl.law

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOSE ANTONIO CAMACHO, Individually, and JOSE ANTONIO CAMACHO and DANIELA TORRES as Surviving Parents and Administrators of the Estate of LEONARDO CAMACHO, Deceased,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEXAS ROADHOUSE HOLDINGS LLC,**<br><br>**Defendant.** | **CIVIL ACTION FILE NUMBER:**<br>**1:20-cv-03931-ELR**<br><br>**Removed from Gwinnett County State Court – Civil Action File No. 20-C-0551-S4** |

## CERTIFICATE OF FONT COMPLIANCE

The foregoing **NOTICE OF NON-PARTY TORTFEASOR SETTLEMENT** is double spaced in 14-point Times New Roman font consistent with Local Rule 5.1 and complies with the type-volume limitation set forth in Local Rule 7.1.

This 16th day of April 2025.

**[SIGNATURES ON FOLLOWING PAGE]**

**FROST BROWN TODD LLP**

*/s/ Jeremiah A. Byrne*
JEREMIAH A. BYRNE
*Pro Hac Vice*
ANDREW M. PALMER
*Pro Hac Vice*
NATHANIEL T. FOWLER
*Pro Hac Vice*
*Counsel for Defendant*

400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
TEL (502) 589-5400
FAX (502) 581-1087
jbyrne@fbtlaw.com
apalmer@fbtlaw.com
nfowler@fbtlaw.com

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ Jay M. O'Brien*
JAY M. O'BRIEN
Georgia Bar No. 234606
JALISA R. STEVENS
Georgia Bar No. 391232
*Counsel for Defendant*

191 Peachtree St.
Suite 3600
Atlanta, GA 30303
jobrien@csvl.law
jstevens@csvl.law

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOSE ANTONIO CAMACHO, Individually, and JOSE ANTONIO CAMACHO and DANIELA TORRES as Surviving Parents and Administrators of the Estate of LEONARDO CAMACHO, Deceased,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEXAS ROADHOUSE HOLDINGS LLC,**<br><br>**Defendant.** | **CIVIL ACTION FILE NUMBER: 1:20-cv-03931-ELR**<br><br>**Removed from Gwinnett County State Court – Civil Action File No. 20-C-0551-S4** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **NOTICE OF NON-PARTY TORTFEASOR SETTLEMENT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document electronically with the Court's ECF system which will automatically send electronic notification to the following:

Brian D. Rogers
Buck Rogers Law
4200 Northside Parkway NW
Building One, Suite 100-B
Atlanta, GA  30327
buck@buckrogerslaw.com
ashley@buckrogerslaw.com
*Counsel for Plaintiffs*

J. Antonio DelCampo
DelCampo & Grayson LLC
5455 Chamblee Dunwoody Rd.
Dunwoody, GA  30338
tony@dcglawfirm.com
rgrayson@dglattorneys.com
nicole@dglattorneys.com
*Counsel for Plaintiffs*

Robyn M. Roth
Fain, Major & Brennan, P.C.
One Premier Plaza
5605 Glenridge Dr. NE
Suite 900
Atlanta, GA  30342
rroth@fainmajor.com
edame@fainmajor.com
amercurio@fainmajor.com
jsanford@fainmajor.com
*Counsel for Katie Pancione*

This 16th day of April 2025.

**[SIGNATURES ON FOLLOWING PAGE]**

**FROST BROWN TODD LLP**

*/s/ Jeremiah A. Byrne*
JEREMIAH A. BYRNE
*Pro Hac Vice*
ANDREW M. PALMER
*Pro Hac Vice*
NATHANIEL T. FOWLER
*Pro Hac Vice*
*Counsel for Defendant*

400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
TEL (502) 589-5400
FAX (502) 581-1087
jbyrne@fbtlaw.com
apalmer@fbtlaw.com
nfowler@fbtlaw.com

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ Jay M. O'Brien*
JAY M. O'BRIEN
Georgia Bar No. 234606
JALISA R. STEVENS
Georgia Bar No. 391232
*Counsel for Defendant*

191 Peachtree St.
Suite 3600
Atlanta, GA 30303
jobrien@csvl.law
jstevens@csvl.law