IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO CAMACHO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:20-CV-03931-ELR |
| | * | |
| TEXAS ROADHOUSE HOLDINGS, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## VERDICT FORM

### Part 1: Liability

Do you, the Jury, find by a preponderance of the evidence that Defendant Texas Roadhouse Holdings, LLC is liable to Plaintiffs Jose Antonio Camacho, Individually, and Jose Antonio Camacho and Daniela Torres as Surviving Parents and Administrators of the Estate of Leonardo Camacho, Deceased, for violating the Georgia Dram Shop Act?

Answer: __No__ (Write Yes or No)

**Instruction:** If you answer "Yes" to the question above, move on to Parts 2 and 3. If you answer "No," skip to the last page, sign the verdict form, and announce that you have reached a verdict.

## Part 2: Damages

We, the Jury, award damages in the following amounts to the following Parties. If you find that a Party is *not* entitled to damages, write "0" by the name.

$ _____ for Plaintiff Jose Camacho's Pain & Suffering and Emotional Distress

$ _____ for Plaintiff Jose Camacho's Medical Expenses

$ _____ for Plaintiff Jose Camacho's Past Lost Wages

$ _____ for the Estate of Leonardo Camacho

$ _____ for the Wrongful Death of Leonardo Camacho

## Part 3: Apportionment of Fault

We, the Jury, assign fault to the following Parties and Non-parties according to the following percentages. If you find that one of the following is *not* at fault, write "0" by the name. The total percentage should be equal to 100%.

_100_ % Non-party Katie Pancione

_0_ % Texas Roadhouse

**100% Total**

This _24th_ day of June, 2025.

_____
**Jury Foreperson Signature**

Johnson Sainvil
**Jury Foreperson Name**