# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO CAMACHO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:20-CV-03931-ELR |
| | * | |
| TEXAS ROADHOUSE | * | |
| HOLDINGS, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## JUDGMENT

This action came before the Court for a jury trial on Monday, June 16, 2025. On Tuesday, June 24, 2025, the jury returned a verdict in favor of Defendant Texas Roadhouse Holdings, LLC. All issues have been tried, and the jury has rendered its verdict.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs Jose Antonio Camacho, Individually, and Jose Antonio Camacho and Daniela Torres as Surviving Parents and Administrators of the Estate of Leonardo Camacho, Deceased, are awarded nothing.

**SO ORDERED**, this 25th day of June, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia